1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    GARY L. BUNN,                          Case No. 1:25-cv-00450-CDB (PC)

12                    Plaintiff,

13          v.                               ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14    J. WEURTH,                             EASTERN DISTRICT OF CALIFORNIA

15                    Defendant.             (Doc. 1)

16

17          Plaintiff Gary L. Bunn ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

18   action brought pursuant to 42 U.S.C. § 1983.  Pending is his request to proceed *in forma pauperis*

19   pursuant to 28 U.S.C. § 1915.  (Doc. 2).  Plaintiff alleges Defendant J. Weurth, correctional

20   counselor at California State Prison – Sacramento ("CSP-SAC"), violated his civil rights when he

21   informed Defendant that his life was in danger and Defendant refused to take action during his

22   incarceration at CSP-SAC located in the City of Folsom, in Sacramento County, California.  (Doc.

23   1 at 3-4).

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   division of a court may, on the court's own motion, be transferred to the proper division of the

26   court.  E.D. Cal. L.R. 120(f).  In this case, Plaintiff's claims arose and the underlying events

27   occurred at CSP-SAC, located in Folsom, California, which is in Sacramento County.  (Doc. 1).

28   The named Defendant is an individual employee of CSP-SAC in Sacramento County.  (*Id.*).

1

1    Sacramento County is located in the Sacramento Division of the Eastern District of California. *See*

2    E.D. L.R. 120(d); 28 U.S.C. § 84(b).  Therefore, the Court finds that the interests of justice will be

3    better served by transferring this case to the Sacramento Division of the Court.  *See* 28 U.S.C. §

4    1404(a).  Thus, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) will not be addressed until

5    after reassigned to a magistrate judge of the Sacramento Division.

6        **Conclusion and Order**

7        Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States

8    District Court for the Eastern District of California sitting in Sacramento.

9        All future filings shall reference the new Sacramento case number assigned and shall be

10   filed at:

11                United States District Court
                  Eastern District of California
12                501 I Street, Room 4-200
                  Sacramento, CA 95814

13

14   IT IS SO ORDERED.

15       Dated:   **April 21, 2025**
                                              _____
16                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28